

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-23-00266-CV

_____

JORVORSKIE JAVION LANE SR., Appellant

V.

CHA'VANTONI CHAN'TELL LANE, Appellee

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-719426-22

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Per Curiam

Delivered: April 25, 2024